| | |
|---|---|
| 1 | Ja Vonne M. Phillips, Esq. SBN 187474 |
| 2 | Joseph Chun, Esq. SBN 240208 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4810 |

Attorney for: Secured Creditor,
BAC HOME LOANS SERVICING, LP, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE: § Case Number: 09-43233
**Ravinder Singh** §
**Sarbjeet Kaur Singh** § Chapter: 13
§
Debtors §

**NOTICE OF APPEARANCE
PURSUANT TO BANKRUPTCY RULE 9010**

PLEASE TAKE NOTICE THAT following attorney represents BAC HOME LOANS SERVICING, LP, its assignees and/or successors, in the above referenced bankruptcy case:

    **McCarthy & Holthus, LLP**
    1770 Fourth Avenue
    San Diego, CA 92101
    (877) 369-6122

Dated: 5/11/2011                    McCarthy & Holthus, LLP

                                       By: /s/ Joseph Chun, Esq.
                                       Joseph Chun, Esq.,
                                       Attorney for Secured Creditor

| | |
|---|---|
| 1 | Ja Vonne M. Phillips, Esq. SBN 187474 |
| 2 | Joseph Chun, Esq. SBN 240208 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4810 |
| 6 | Attorney for: |
| 7 | BAC HOME LOANS SERVICING, LP, its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-43233 |
| | ) |
| Ravinder Singh | ) RS No.: <u>JSC</u> |
| Sarbjeet Kaur Singh, | ) |
| | ) Chapter 13 |
| Debtors. | ) |
| | ) **CERTIFICATE OF SERVICE OF NOTICE** |
| | ) **OF APPEARANCE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) Date: |
| | ) Time: |
| | ) Ctrm: |
| | ) Place: |
| | ) |
| | ) |
| | ) Judge: William J. Lafferty |
| | ) |
| | ) |
| | ) |

# CERTIFICATE OF SERVICE

On 5/12/2011, I served the foregoing documents described as NOTICE OF APPEARANCE on the following individuals by electronic means through the Court's ECF program

COUNSEL FOR DEBTOR
Patrick L. Forte
plforte@sonic.net

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Donald Byrn
Donald Byrn

On 5/12/2011, I served the foregoing documents described as **NOTICE OF APPEARANCE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Ravinder Singh
1009 Cottage Lane
Hercules, CA 94547

Sarbjeet Kaur Singh
1009 Cottage Lane
Hercules, CA 94547

COUNSEL FOR DEBTOR
Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

UNITED STATES TRUSTEE
1301 Clay St #690N
Oakland, CA 94612

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 5/12/2011          /s/ David Fry
                          David Fry