```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 09-43233 WJL |
|---|---|
| **RAVINDER SINGH and SARBJEET KAUR SINGH** | Chapter 13 |
| **Debtors.** | **MOTION TO MODIFY CHAPTER 13 PLAN** |

The above-named debtor applies to the court for an order to modify their Chapter 13 Plan as follows:

The debtors elect **not** to have property of the estate revest in the debtors upon plan confirmation.

The modification is sought on the following grounds: To make the plan feasible.

Dated: December 22, 2011

                                        /s/ Patrick L. Forte
                                        PATRICK L. FORTE
                                        Attorney for Debtor