PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed April 20, 2012

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 09-43233 WJL

**RAVINDER SINGH and**                    Chapter 13
**SARBJEET KAUR SINGH,**

         Debtors.                         ORDER MODIFYING CHAPTER 13
                                          PLAN
_____/          _____

    The above named debtors having served an Amended Motion to Modify Chapter 13 Plan on March 26, 2012, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows: Debtors do not elect to have the property of the estate described below revest in the Debtors upon confirmation of the plan. This plan modification pertains solely to the real property located at 1009 Cottage Lane, Hercules, CA 94547 and the Chapter 13 Trustee shall have no responsibility or obligation whatsoever with respect to said real property including, but not limited to the mortgage payments, property taxes, insurance, homeowner's association dues, or tax filing requirements.

                            **END OF ORDER**

**COURT SERVICE LIST**

Attn: Officer
Bank of America, National Association
101 S. Tryon
Charlotte, NC 28202

Attn: Officer
Bank of America, National Association
214 N Tryon Street
Charlotte, NC 28255

Attn: Officer
Bank of America, National Association
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017